| | |
|---|---|
| 1 | JAMES C. OTTESON, State Bar No. 157781 |
| | jim@agilityiplaw.com |
| 2 | MICHELLE G. BREIT, State Bar No. 133143 |
| | mbreit@agilityiplaw.com |
| 3 | AGILITY IP LAW, LLP |
| | 149 Commonwealth Drive |
| 4 | Menlo Park, CA 94025 |
| | Telephone:  (650) 227-4800 |
| 5 | Facsimile:  (650) 318-3483 |
| 6 | Attorneys for Plaintiffs |
| | TECHNOLOGY PROPERTIES LIMITED LLC |
| 7 | and PHOENIX DIGITAL SOLUTIONS LLC |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC, PHOENIX DIGITAL SOLUTIONS LLC, and PATRIOT SCIENTIFIC CORPORATION,<br><br>Plaintiffs,<br><br>*vs*.<br><br>ZTE CORPORATION and ZTE (USA) INC.,<br><br>Defendants. | Case No. CV 12-03876 PSG<br><br>**[PROPOSED]** ORDER GRANTING PLAINTIFFS TECHNOLOGY PROPERTIES LIMITED LLC AND PHOENIX DIGITAL SOLUTIONS LLC'S ADMINISTRATIVE MOTION FOR RELIEF OF THE ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES<br><br>~~DEMAND FOR JURY TRIAL~~ |

-1-

[PROPOSED] ORDER GRANTING MOTION FOR
RELIEF OF CASE MANAGEMENT ORDER
Case No. CV 12-03876 PSG

Having considered Plaintiffs Administrative Motion for Relief from the Order Setting Initial Case Management Conference and for Continuance of Initial Case Management Conference, the supporting Declaration of James C. Otteson and the files and records in this action, and finding good cause for the request:

IT IS HEREBY ORDERED that Plaintiffs' request is granted. The order Setting Initial Case Management Conference and ADR Deadlines and other case schedule dates are hereby revised as follows:

**October 18, 2012**: Last day to:
- meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan;
- file ADR Certification signed by Parties and Counsel; and
- file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference.

**November 6, 2012**: Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement.

**November 13, 2012**: Initial Case Management Conference (CMC) in Courtroom 5, 4th Floor, San Jose at 2:00 pm.

Dated: September 19, 2012

_____
MAGISTRATE JUDGE PAUL SINGH GREWAL
UNITED STATES MAGISTRATE JUDGE